PROB. 35  
(Rev. 7/04)

Report and Order Terminating Probation/Supervised  
Release Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**

    *v.*          **Docket # 8:14CR112**

**Darris Johnson**

  On December 9, 2004, Darris Johnson was sentenced to 120 months custody, to be followed by 5 years of supervised release. The period of supervised release commenced on October 22, 2012. Darris Johnson has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Darris Johnson be discharged from supervision.

Respectfully submitted,

*Amber M. Prusa*

Amber M. Prusa  
U.S. Probation & Pretrial Services Officer Assistant

### ORDER OF THE COURT

  Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

  Dated this __31st__ day of __July__, 2015.

*Joseph F. Bataillon*

The Honorable Joseph Bataillon  
United States Senior District Judge